UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-mc-61262-JEM

In re: SUBPOENA TO BRADLEY J. EDWARDS

Underlying case:

VIRGINIA L. GIUFFRE,
    Plaintiff,

v.

GHISLAINE MAXWELL
    Defendant.

No. 15-cv-07433-RWS (S.D.N.Y.)
_____/

## NOTICE OF RELATED ACTION

Pursuant to S.D. Fla. L.R. 3.8, the undersigned files this Notice of Related Action.

Ghislaine Maxwell, the Defendant in the underlying action, issued two subpoenas on non-parties in the Southern District of Florida: Victims Refused Silence, Inc. and Bradley J. Edwards. These subpoenas were both issued for document production related to *Giuffre v. Maxwell*, Case No. 15-cv-07433-RWS, in the District Court for the Southern District of New York.

Non-party Victims Refuse Silence, Inc. has filed a Motion to Quash which is currently pending in the Southern District of Florida before Judge Gayles, Case No. 0:16-mc-61261- DPG.

Non-Party Bradley J. Edwards has filed a Motion to Quash, which is currently pending in the Southern District of Florida before Judge Martinez, Case No. 0:16-mc-61262-JEM.

      These cases are related in that they seek documents related the same underlying litigation. The information sought in each subpoena differs, but many of the background facts in the underlying litigation relevant to the resolution of the motions to quash overlap.

Date: June 27, 2016

                                                Respectfully submitted,

                                                _/s Denise D. Riley_
                                                Denise D. Riley (Fl. Bar No. 160245)
                                                Email: denise@rileylawpl.com
                                                Riley Law PLLC
                                                2710 Del Prado Blvd. S., Unit 2-246,
                                                Cape Coral, FL 33904
                                                303.907.0075
                                                Attorneys for Defendant Ghislaine Maxwell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Related Action* was served by using the CM/ECF system on June 27, 2016, which will send a notice of electronic filing to the following counsel or parties of record on the service list:

## SERVICE LIST

Jack Scarola
jsx@searcylaw.com
mep@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 34409
Phone: 561-686-6300
Fax : 561-383-9451
*Attorneys for Plaintiff Bradley J. Edwards*

    /s Denise D. Riley
Denise D. Riley (Fl. Bar No. 160245)
Email: denise@rileylawpl.com
Riley Law PLLC
2710 Del Prado Blvd. S., Unit 2-246,
Cape Coral, FL 33904
Phone: 303.907.0075
Attorneys for Defendant Ghislaine Maxwell