Jeffrey S. Pagliuca (*pro hac vice*)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:      303.832.2628
jpagliuca@hmflaw.com

Denise D. Riley (# 160245)
Riley Law PLLC
2710 Del Prado Blvd. S., Unit 2-246,
Cape Coral, FL 33904
Phone:  303.907.0075
denise@rileylawpl.com

*Attorneys for Ghislaine Maxwell*

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: SUBPOENA TO BRADLEY J. EDWARDS<br><br>Underlying case:<br><br>VIRGINIA L. GIUFFRE, Plaintiff<br><br>v.<br><br>GHISLAINE MAXWELL, Defendant<br><br>No. 15-cv-07433-RWS (S.D.N.Y.) | **MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL**<br><br>Case Number 0:16-mc-61262-JEM |

Defendant Ghislaine Maxwell pursuant to Rule 5.4 (b) of the Local Rules of the U.S.

District Court for the Southern District of Florida, requests permission to file exhibits A, G, H, I,

and N, attached to the Declaration of Jeffrey S. Pagliuca In Support of Defendant Ghislaine

Maxwell's Response In Opposition of Motion of Bradley J. Edwards Motion to Quash Subpoena

or, in the Alternative, for a Protective Order, under seal for the following reason:

1.  Exhibits A, G, H, I, and N have been designated CONFIDENTIAL pursuant to a
    protective order issued by the U.S. District Court in the Southern District of New
    York in the underlying matter, *Giuffre v. Maxwell*, 15-cv-07433-RWS.

2.  Under the terms of the protective order documents designated confidential may not be
    shared publicly.

3.  Ms. Maxwell requests that the exhibits be permanently sealed.

Dated June 29, 2016

                                            Respectfully submitted,


                                            */s/ Jeffrey S. Pagliuca*
                                            Jeffrey S. Pagliuca (*pro hac vice*)
                                            HADDON, MORGAN AND FOREMAN, P.C.
                                            150 East 10th Avenue
                                            Denver, CO 80203
                                            Phone:    303.831.7364
                                            Fax:      303.832.2628
                                            jpagliuca@hmflaw.com

                                            Denise D. Riley (# 160245)
                                            Riley Law PLLC
                                            2710 Del Prado Blvd. S., Unit 2-246,
                                            Cape Coral, FL 33904
                                            Phone:  303.907.0075
                                            denise@rileylawpl.com

                                            *Attorneys for Ghislaine Maxwell*

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2016, I electronically filed the foregoing *Motion to File Certain Exhibits Under Seal* with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Jack Scarola
Searcy Denney Scarola Barnhart &
Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 34409
Phone: 561-686-6300
Fax : 561-383-9451
jsx@searcylaw.com
mep@searcylaw.com
Attorneys for Plaintiff Bradley J.
Edwards

/s/ *Nicole Simmons*
_____

2