Denise D. Riley (# 160245)
Riley Law PLLC
2710 Del Prado Blvd. S., Unit 2-246,
Cape Coral, FL 33904
Phone: 303.907.0075
denise@rileylawpl.com

Jeffrey S. Pagliuca (*pro hac vice*)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
jpagliuca@hmflaw.com

*Attorneys for Ghislaine Maxwell*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: SUBPOENA TO BRADLEY J. EDWARDS<br><br>Underlying case:<br><br>VIRGINIA L. GIUFFRE, Plaintiff<br><br>v.<br><br>GHISLAINE MAXWELL, Defendant<br><br>No. 15-cv-07433-RWS (S.D.N.Y.) | **NOTICE OF FILILING EXHIBIT B TO DEFENDANT'S NOTICE OF STATUS OF SUBPOENA DUCES TECUM AND RELATED RULINGS IN UNDERLYING ACTION UNDER SEAL**<br><br>Case Number 0:16-mc-61262-JG |

Defendant Ghislaine Maxwell pursuant to Rule 5.4 (b) of the Local Rules of the U.S. District Court for the Southern District of Florida, hereby gives notice that exhibit B to Defendant's Notice of Status of Subpoena Duces Tecum and Related Rulings in Underlying Action, has been filed under seal.

Dated December 16, 2016

          Respectfully submitted,

          */s/ Denise D. Riley*
          Denise D. Riley (# 160245)
          Riley Law PLLC
          2710 Del Prado Blvd. S., Unit 2-246,
          Cape Coral, FL 33904
          Phone:  303.907.0075
          denise@rileylawpl.com

          Jeffrey S. Pagliuca (*pro hac vice*)
          HADDON, MORGAN AND FOREMAN, P.C.
          150 East 10th Avenue
          Denver, CO 80203
          Phone:   303.831.7364
          Fax:       303.832.2628
          jpagliuca@hmflaw.com

          *Attorneys for Ghislaine Maxwell*

CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2016, I electronically filed the foregoing *Notice of Filing Exhibit B to Defendant's Notice of Status of Subpoena Duces Tecum and Related Rulings in Underlying Action Under Seal* with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Jack Scarola
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 34409
Phone: 561-686-6300
Fax : 561-383-9451
jsx@searcylaw.com
mep@searcylaw.com
Attorneys for Plaintiff Bradley J. Edwards

                                              /s/ *Nicole Simmons*
                                              _____